**APPLICANT**     **JOSEPH DALE MOSS**     **APPLICATION NO. WR-82,493-02**

# APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

## ACTION TAKEN

**DENIED WITHOUT WRITTEN ORDER.**

_____     Feb. 11, 2015
JUDGE                                  DATE